# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 13, 2006*

[Cite as *07/13/2006 Case Announcements,* 2006-Ohio-3570.]

## MOTION AND PROCEDURAL RULINGS

2006–0830.   **Elyria Foundry Co. v. Pub. Util. Comm.**
Public App. Nos. 05–704–EL–ATA, 05–1125–EL–ATA, 05–1126–EL–AAM, and 05–1127–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of intervening appellee FirstEnergy Corp. to file separate briefs,
   IT IS ORDERED by the court that the motion is denied.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–0587.   **State ex rel. DeLany v. Indus. Comm.**
Franklin App. No. 05AP–281, 2006-Ohio-427.